■ PAUL J. SPANN, Appellant, v COUNTY OF MONROE et al., Respondents.—Order unanimously affirmed, without costs *(see, Barr v County of Albany,* 50 NY2d 247; *Stalteri v County of Monroe,* 107 AD2d 1071; *Wilson v Sponable,* 81 AD2d 1, *appeal dismissed* 54 NY2d 834). (Appeal from order of Supreme Court, Monroe County, Scudder, J.—summary judgment.) Present—Hancock, Jr., J. P., Doerr, Denman, O'Donnell and Pine, JJ.

■ WEGMANS FOOD MARKETS, INC., Respondent, v DEPARTMENT OF TAXATION AND FINANCE OF THE STATE OF NEW YORK, Appellant.—Order unanimously affirmed, with costs. Memorandum: We affirm for reasons stated in the memorandum decision by Special Term, Boehm, J. *(Wegmans Food Mkts. v Department of Taxation & Fin.,* 126 Misc 2d 144). We note only that Special Term erred in characterizing a 1977 opinion letter by the State Tax Commissioner to the New York City Industrial Development Agency as a rule or regulation subject to the filing requirements of NY Constitution, article IV, § 8, Executive Law § 102 (2), and State Administrative Procedure Act § 202 (2). However, as this finding is not necessary to the court's decision, the order is, in all respects, affirmed. (Appeal from order of Supreme Court, Monroe County, Boehm, J.— summary judgment.) Present—Hancock, Jr., J. P., Doerr, Denman and O'Donnell, JJ. [126 Misc 2d 144.]

■ ROBERT JOHNSON, Appellant, v LITTLE FALLS CENTRAL SCHOOL DISTRICT et al., Respondents and Third-Party Plaintiffs. COUNTY OF HERKIMER, Third-Party Defendant-Respondent.—Order and judgment unanimously affirmed, without costs, for reasons stated at Special Term, Grow, J. (Appeal from order and judgment of Supreme Court, Herkimer County, Grow, J.—summary judgment.) Present—Hancock, Jr., J. P., Doerr, Denman, O'Donnell and Pine, JJ.